UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shawn Gaillard
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Donny Smith & Sgt. Lopez
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

16 CV 1406

RECEIVED FEB 22 2016 U.S.D.C. WP

## I.   Parties in this complaint:

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Shawn Gaillard
             ID #  204236
             Current Institution  Valhalla county Jail
             Address  Po box 10 Valhalla N.y, 10595

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Donny Smith  Shield # not provided
                  Where Currently Employed  Westchester county Jail
                  Address  Po box 10 Valhalla N.y, 10595

Defendant No. 2   Name _____ Sgt Lopez _____ Shield # not provided
Where Currently Employed _____ Westchester county Jail
Address Po box 10, valhalla N.Y, 10595

Defendant No. 3   Name N/A   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4   Name N/A   Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name N/A   Shield # _____
Where Currently Employed _____
Address _____

II.  **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
In Westchester county Jail

B.  Where in the institution did the events giving rise to your claim(s) occur?
Shu, special housing unit

C.  What date and approximate time did the events giving rise to your claim(s) occur?
December 3, 2014

D. Facts:

**What happened to you?** During a shift Assist Officer Donny Smith. Attacked me with a closed fist. Hitting me numerous of times, causing severe pain, & swelling. Sgt Lopez Cheered him on

**Who did what?** Officer Danny Smith

**Was anyone else involved?** No one else was involve

**Who else saw what happened?** Sgt Lopez

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Fractured thumb, & pinky

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Westchester county Jail

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ___   Do Not Know ___

If YES, which claim(s)? When the officer attacked me

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Shu, Special housing unit

1. Which claim(s) in this complaint did you grieve? How office Donny Smith Assaulted me.

2. What was the result, if any? The grievance constructor threw the grievant out.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I appeal it to the grievance Commuitte. After I did that, SGt Isper said they lost my Grievance

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: ___

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *I want to sew the department, 's officer Donny for $100,000,000*

## VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border:1px solid;">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _4_ day of _February_, 20_16_

           Signature of Plaintiff  _Shawn [signature]_

           Inmate Number  _204236_

           Institution Address  _PO box 10 Vahalla N.Y, 10595_

**Note**: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _4_ day of _February_, 20_16_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

           Signature of Plaintiff: _[signature]_

UNITED STATES DISTRICT COURT
FEDERAL COURTHOUSE
300 QUARROPAS STREET
WHITE PLAINS, NY 10601





2016 FEB 23 PM 1:38